UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

TYRONE HURT,

    Plaintiff,

v.

THE STATE OF MISSISSIPPI;
CHIEF OF POLICE; ALL LAW
ENFORCEMENT OFFICIALS; THE
KKK; THE AMERICAN PEOPLE
AS AMERICAN CITIZENS WITHIN
THIS NATION,

    Defendants.

Case No. CV415-094

## REPORT AND RECOMMENDATION

Over a month ago, the Court ordered plaintiff Tyrone Hurt to resubmit his *in forma pauperis* (IFP) application because it "furnished no meaningful IFP data." Doc. 4 at 2 (filed May 22, 2015). He had 14 days from service of the Order (the Clerk mailed it on May 26, 2015) to comply or else face a dismissal recommendation. *Id.* at 3. Hurt failed to comply. Hence, this case should be dismissed without prejudice. *See* L.R. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102

(11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, No. CV491-277 (S.D. Ga. June 10, 1992).

**SO REPORTED AND RECOMMENDED**, this 1st day of ~~June~~ July, 2015.

/s/ M. Smith
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA