UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| TYRONE HURT, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-094 |
| THE STATE OF MISSISSIPPI; CHIEF OF POLICE; ALL LAW ENFORCEMENT OFFICIALS; THE KKK; THE AMERICAN PEOPLE AS AMERICAN CITIZENS WITHIN THIS NATION, | ) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED, this 28 day of August, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA